UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF THE
TRANSFER OF AN OFFENDER,
Pursuant to 18 U.S.C. § 4100,
et seq.

Case No. 05-M-505 (WEC)

**ORDER**

Pursuant to 28 U.S.C. § 636(g), the Honorable William E. Callahan, Jr, a United States Magistrate Judge for the Eastern District of Wisconsin, is assigned to perform the verification proceedings as required by 18 U.S.C. § 4108 commencing on or about February 13, 2006, in Palma de Mallorca, Belearics, Spain, relating to the proposed transfer of an offender from Spain to the United States. He is also authorized to assign counsel for the said offender as provided in 18 U.S.C. § 4109.

**IT IS SO ORDERED**.

**ENTERED** this 16 day of December, 2005, at Milwaukee, Wisconsin.

RUDOLPH T. RANDA
Chief United States District Judge